12/17/2009 12:01 4142971685 USW 9460 CASE 0:10-cv-00220-JRT-LIB Doc. 1-1 Filed 01/26/10 Page 1 of 1 US DOL OLMS MILWDO PAGE 03/03

218 724 5276 P.02

**U.S. Department of Labor**

Office of Labor-Management Standards
Milwaukee District Office
310 W. Wisconsin Avenue, Suite 1160W
Milwaukee, WI 53203-2213
(414) 297-1501 / FAX: (414) 297-1685



December 16, 2009

Mr. Kevin Nendick, President
Steelworkers Local 9460
2002 London Road, Suite 202
Duluth, MN 55812

Dear Mr. Nendick:

This letter confirms our agreement extending the time within which the Secretary of Labor may file suit under Title IV of the Labor-Management Reporting and Disclosure Act of 1959 (LMRDA), 29 U.S.C. §§481 – 484, as described below.

The Office of Labor-Management Standards (OLMS) received a complaint under Section 402 of the LMRDA, 29 U.S.C. §482, concerning the April 16, 2009 election of officers in Steelworkers Local 9460 and OLMS is conducting an investigation concerning that matter.

This letter confirms our agreement that the time within which the Secretary of Labor may file suit under Section 402 of the LMRDA based on the filing of that complaint be extended to January 27, 2010. For that purpose, Steelworkers Local 9460 waives any defenses Local 9460 might otherwise have regarding the timeliness of a civil action based on the filing of the complaint which might be brought by the Secretary of Labor under Section 402 of the LMRDA on or before the extended date of January 27, 2010

Please indicate your acceptance of this agreement by signing in the space below, fax it back to me at 414-297-1685, and returning the original of this letter to me. I have mailed a copy of this letter with my original signature for your records.

Sincerely,

Larry Waugk
District Director

The undersigned is authorized to act for and on behalf of Steelworkers Local 9460 in this matter.

_____     President          12/17/09
Signature                   Title              Date

cc: Mr. Brad Eugh
    Ms. Laura Vu

EXHIBIT

tabbies

1