412+562+2484    United Steelworks                                04 04 40 p.m.    12-09 2009              2 /2

**U.S. Department of Labor**

Office of Labor-Management Standards
Milwaukee District Office
310 West Wisconsin Avenue, Suite 1160
Milwaukee, WI 53203-2213
(414) 297-1501  Fax:(414) 297-1685



December 09, 2009

Mr. Robert Rootes                                           Case Number: 330-08401(01)
Director - Local Union Services                                  LM Number: 542243
United Steelworkers of America
Five Gateway Center
Pittsburgh, PA 15222

Dear Mr. Rootes:

This letter confirms our agreement extending the time within which the Secretary of Labor may file suit under Title IV of the Labor-Management Reporting and Disclosure Act of 1959 (LMRDA), 29 U.S.C. §§481 – 484, as described below.

The Office of Labor-Management Standards (OLMS) received a complaint under Section 402 of the LMRDA, 29 U.S.C. §482, concerning the April 16, 2009 election of officers in Steelworkers Local 9460, and OLMS is conducting an investigation concerning that matter.

This letter confirms our agreement that the time within which the Secretary of Labor may file suit under section 402 of the LMRDA based on the filing of that complaint be extended to December 28, 2009. For that purpose, United Steelworkers of America, on behalf of its affiliate, Local 9460, waives any defenses it might otherwise have regarding the timeliness of a civil action based on the filing of the complaint which might be brought by the Secretary of Labor under Section 402 of the LMRDA on or before the extended date of December 28, 2009.

Please indicate your acceptance of this agreement by signing in the space provided below, faxing it back to me at (414) 297-1685, and returning the original of this letter to me in the enclosed envelope. I have enclosed a copy of the agreement with my signature for your records.

Sincerely,

*Larry Wauck*

Larry Wauck
District Director

Enclosures

The undersigned is authorized to act for and on behalf of Steelworkers Local 9460 in this matter.

_____    Director of Local Union Svs    12-9-2009
Signature                         Title                          Date

cc:  Bradley Engh
     Laura Vu

EXHIBIT

2