412+5621248.4    United Steelworks    11:‌‌7 a.m    12 07 2009    1 /2



# UNITED STEELWORKERS

**UNITY AND STRENGTH FOR WORKERS**

December 7, 2009

Lauren K. Stojak, Investigator
Office of Labor-Management Standards
Milwaukee District Office
310 W. Wisconsin Avenue, Suite 1160
Milwaukee, WI 53203-2311

Greetings:

This letter is in response to our telephone conversation on December 2, 2009, concerning the letter Jack Engberg relative to the election appeal of Brad Engh and Laura Vu of USW Local Union 9460. In this conversation you asked if the USW International Union was in agreement with the assertions made in the letter and, more specifically, if we also were of the opinion that the appellants had failed to exhaust their Union remedies.

To the best of my knowledge Mr. Engberg is correct in stating that neither appellant raised the issue of not sending the election notice to all members in either their protest or appeal. However that failure would not have precluded them from raising the mailing issue before the International Commission or the International Appeal Panel because both of these steps in our internal procedure are considered to be "de novo" and thus are not limited to what may have been presented in previous steps.

However, when this issue was raised before the International Commission the evidence provided was a list of twenty-five first names. More complete information was requested but to my knowledge was never provided. The Commission had no ability to investigate whether these were names of actual members or if their names and correct addresses were on the mailing list used by the Local Union.

As stated in Mr. Engberg's letter all parties were notified of the time, date and place of that the International Appeal Panel would hear this case and were also advised that they were invited to attend or submit a written statement. Contrary to his assertion in this letter both appellants did make a written submission to the Panel. (attached)

It is extremely noteworthy that neither appellant made any mention whatsoever of the mail issue in their submissions to the International Appeal Panel.

The International Executive Board Appeal Panel was presented with no substantive evidence on the allegation that some members were not properly notified of

United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers International Union

Five Gateway Center, Pittsburgh, PA 15222 • 412-562-2400 • www.usw.org

**EXHIBIT**
**3**

2

the election. All that was before the Panel relative to this allegation was a list of twenty five first names on a sheet of paper with a heading "Those who were not notified by mail about this election". Clearly the evidence provided to the International Appeal Panel was not sufficient for the Panel to render a decision to overturn a Local Union election.

In closing, we are in full agreement with Mr. Engberg that the appellants failed to exhaust their internal Union remedies.

In solidarity,

Robert A. Rootes
Director of Local Union Services

cc:     Tom Conway
        Bob Bratulich
        Kevin Nendick
        Jack Engberg