UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

HILDA L. SOLIS, Secretary of Labor, )
United States Department of Labor, ) Civil Action
)
Plaintiff, ) No. 10-CV-220 (JRT/LIB)
)
v. )
)
Local 9460, United Steelworkers )
of America, )
)
Defendant. )

## CERTIFICATION OF ELECTION

The election having been conducted in the above matter under the supervision of the Secretary of Labor, United States Department of Labor, pursuant to a joint Stipulation of Settlement dated July 21, 2011 and an Order dated August 4, 2011, filed in the United States District Court for the District of Minnesota, in accordance with the provisions of Title IV of the Labor-Management Reporting and Disclosure Act of 1959 (29 U.S.C. § 481 et seq.) and in conformity with the Constitution and Bylaws of the defendant labor organization, insofar as lawful and practicable, and no complaints having been received concerning the conduct thereof, therefore:

Pursuant to Section 402(c) of the Labor-Management Reporting and Disclosure Act of 1959 (29 U.S.C. § 482(c)), and the authority delegated to me,

IT IS HEREBY CERTIFIED that the following named candidates have been duly elected to the office designated:

| | |
|---|---|
| Stacy Spexet | President |
| Margaret Olsgard | Vice President |
| Laurie Beth Burg | Treasurer |
| Sue Pierce | Financial Secretary |
| Heidi Puhl | Recording Secretary |
| Cherly Virta | Inner Guard |
| Brenda Simon | Outer Guard |
| Lynn Wedlund | Guide |
| Kathleen Campbell | Trustee |
| Julie Packingham | Trustee |
| Adam Ritscher | Trustee |

Signed this 29th day of May 2012.

*Patricia Fox*
Patricia Fox
Chief, Division of Enforcement
Office of Labor-Management Standards
United States Department of Labor